Mrs. H. E. Tryon *vs.* Dudley E. Smith.
Regina Hines *vs.* Dudley E. Smith.

Third Judicial District, New Haven, June Term, 1930.
Wheeler, C. J., Maltbie, Haines, Hinman and Banks, Js.

Argued June 10th—decided July 9th, 1930.

*John Henry Sheehan,* with whom was *Samuel H. Rosenthal,* for the appellants (plaintiffs).

*Daniel D. Morgan,* with whom, on the brief, were *Philip Pond* and *Joseph B. Morse,* for the appellee (defendant).

Per Curiam. This appeal furnishes an illustration of the inability of this court, although upon the evidence a judgment for the plaintiffs could reasonably have been reached, to add a fact to a finding unless it is a material fact which was an admitted or undisputed fact, or strike out a finding of fact unless it is a material fact which was found without evidence. Practice Book, p. 309, § 11.

The evidence was conflicting. We cannot hold that the trial court has found or failed to find material facts in violation of § 11 of the Practice Book to which we have referred.

There is no error.